UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-01807-AH-KSx | Date | November 3, 2026 |
| Title | *Margarita Kleeschulte v. Premier Financial Alliance, Inc. et al.* | | |

Present: The Honorable Anne Hwang, United States District Judge

| | |
|---|---|
| Yolanda Skipper | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

Plaintiff filed a demand for arbitration with the American Arbitration Association on July 3, 2025. Dkt. No. 23. On January 30, 2026 and July 28, 2026, the parties submitted status reports representing that the matter was proceeding through arbitration. Dkt. Nos. 26, 28. On September 15, 2026, the Court ordered a joint status report to be filed no later than October 30, 2026. Dkt. No. 29. The parties filed no status report.

The parties are ordered to show cause as to why the stay in this case should not be lifted and the case dismissed. The parties may alternatively satisfy this order to show cause by filing a joint status report that sets forth the procedural posture of the arbitration and any deadlines set.

The parties shall respond to this Order to Show Cause within **fourteen (14) days**. Failure to timely or adequately respond to this Order to Show Cause may, without further warning, result in the Court's dismissal of the entire action without prejudice.

**IT IS SO ORDERED.**